UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARUSO MANAGEMENT COMPANY LTD.,

        Plaintiff,

vs.

INTERNATIONAL COUNCIL OF SHOPPING CENTERS,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/19

1:18-CV-11932 (VM) (RWL)

## STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own attorneys' fees and costs.

DATED:    New York, New York
               November 14, 2019

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | WILMER CUTLER PICKERING HALE AND DORR LLP |
| /s/ | /s/ |
| Steven M. Edwards<br>Michael B. Carlinsky<br>Julia M. Beskin<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Plaintiff Caruso Management Company Ltd.* | Alan E. Schoenfeld<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 295-6278<br>Facsimile: (212) 230-8888<br><br>Steven F. Cherry<br>1875 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Telephone: (202) 663-6321<br>Facsimile: (202) 663-6363<br><br>*Attorneys for Defendant International Council of Shopping Centers* |

**SO ORDERED.** The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

**SO ORDERED.**

11-20-19
Date

/s/ Victor Marrero, U.S.D.J.

2